IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

ROBERT HAMPTON                                                                              PLAINTIFF

        v.        Civil No. 03-1035

SHERIFF BILLY HUDSON;
DEPUTY JASON AKERS;
DEPUTY MONTE WATKINS;
and DEPUTY JOHNNIE OLIVER                                                        DEFENDANTS

## **ORDER**

Currently before the court is the parties' joint motion to dismiss (Doc. 67). The parties indicate they have settled the case.

The joint motion to dismiss is granted. All claims are dismissed with prejudice.

IT IS SO ORDERED this 25th day of August 2005.

                              /s/ Bobby E. Shepherd
                              UNITED STATES MAGISTRATE JUDGE